UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:04-cv-00238-VMC-DNF

JONATHAN SMART, )
)
    Plaintiff, )
)
vs. )
)
NINE WEST GROUP, INC. AND )
JONES APPAREL GROUP, INC., )
)
    Defendants. )
_____ )

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed this matter, and being otherwise fully advised in the premises it is hereby:

**ORDERED and ADJUDGED** that this matter is hereby **DISMISSED** with prejudice. Each party shall bear its own costs and attorney's fees.

**DONE AND ORDERED** in Ft. Myers, Florida, this 14th day of May 2005.

Virginia M. Hernandez Covington
U.S. District Court Judge

cc:  Thomas Mead Santoro, Esq.            Jonathan A. Yellin, Esq.
Jackson Lewis LLP                       Jonathan A. Yellin, P.A.
2 South Biscayne Blvd., Suite 3500     11764 West Sample Road, Suite 105
Miami, Florida 33131                    Coral Springs, Florida 33065
Tel: (305) 577-7600                     Tel: (954) 767-6100
Fax: (305) 373-4466                    Fax: (954) 767-6176
COUNSEL FOR DEFENDANTS          COUNSEL FOR PLAINTIFF